## CIVIL MINUTES

**Magistrate Judge James Larson**          Sarah Goelker-Court Reporter
                                          9:36-9:40 ( 04 mins)

Date: **December 16 , 2009**

Case No:**C09-1091 SBA ( JL)**

Case Name:  **Tori Gray v. Bank of America**

Plaintiff  Attorney(s):David Markham
Defendant Attorney(s):Sylvia Kim

Deputy Clerk:  **Wings Hom**

**Motion(s):**                                                  **RULING:**
1. Pltf's mo to compel responses to interrogs & prod of docs
2.
3.
4.
[]Case Management Conference [ ] Status Conference  [ ] P/T Conference

**ORDERED AFTER HEARING: Deft to produce login, logout information w/in 30 days; class contact information by 1- 6-10.**
**Order to be prepared by:**  [ ] Plntf  [ ] Deft  [] Court
**Case continued to:**
**PRETRIAL SCHEDULE:**
Discovery cutoff:
Expert disclosure:
Expert discovery cutoff:
Motions hearing date:
Pretrial Conference:
Trial:   at  , set for  days.
          [ ] Jury  [ ]  Court


Notes:.




cc: Venice, Kathleen ,Lisa