**MCGUIREWOODS LLP**
Michelle R. Walker, Esq. (SBN 167375)
    Email: mwalker@mcguirewoods.com
Matthew C. Kane, Esq. (SBN 171829)
    Email: mkane@mcguirewoods.com
Bethany A. Pelliconi, Esq. (SBN 182920)
    Email: bpelliconi@mcguirewoods.com
Sylvia J. Kim, Esq. (SBN 258363)
    Email: skim@mcguirewoods.com
1800 Century Park East, 8th Floor
Los Angeles, California 90067
Telephone:  (310) 315-8200
Facsimile:   (310) 315-8210

Attorneys for Defendant
BANK OF AMERICA, N.A.

**CLARK & MARKHAM, LLP**
David R. Markham, Esq. (SBN 071814)
R. Craig Clark, Esq. (SBN 129219)
James M. Treglio, Esq. (SBN 228077)
Laura M. Cotter, Esq. (SBN 259445)
600 B Street, Suite 2130
San Diego, California 92101
Telephone: (619) 239-1321
Facsimile: (619) 239-5888

Attorneys for Plaintiff
TORII GRAY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TORII GRAY, an individual on behalf of herself, and on behalf of all persons similarly situated,,<br><br>    Plaintiff,<br><br>    vs.<br><br>BANK OF AMERICA NATIONAL ASSOCIATION, a Federal Banking Association with its principal place of business in North Carolina, and Does 1 to 100, Inclusive<br><br>    Defendant. | CASE NO.:  3:09-cv-01091 SBA<br><br>**ORDER REMOVING MATTER FROM EARLY NEUTRAL EVALUATION PROGRAM** |

[Proposed] ORDER REMOVING MATTER FROM EARLY NEUTRAL EVALUATION PROGRAM

## **ORDER**

Pursuant to the stipulation of the parties, and in the interests of Court efficiency, this matter is hereby removed from the Court's Early Neutral Evaluation Program.

Date:_3/8/10

_____
HONORABLE SANDRA B. ARMSTRONG
United States District Court Judge

# CERTIFICATE OF SERVICE

I am a citizen of the United States and a resident of the State of California. I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is McGuireWoods LLP, 1800 Century Park East, 8th Floor, Los Angeles, CA 90067. On February 26, 2010, I served the document(s) described below in the manner set forth below:

**[PROPOSED] ORDER REMOVING MATTER FROM EARLY NEUTRAL EVALUATION PROGRAM**

<u>XX</u>   (BY ELECTRONIC SERVICE): I caused the listed documents to be electronically filed through the CM/ECF system at the United States District Court for the Northern District of California which generates a Notice of Electronic Filing to all parties and constitutes service of the electronically filed documents on all parties for purposes of the Federal Rules of Civil Procedure.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Executed on February 26, 2010 at Los Angeles, California.

    /s/ Michelle R. Walker
**Michelle R. Walker**