|||
|---|---|
| 1 | **McGuireWoods LLP**<br>Matthew C. Kane, Esq. (SBN 171829) |
| 2 |     Email: mkane@mcguirewoods.com<br>Michael D. Mandel, Esq. (SBN 216934) |
| 3 |     Email: mmandel@mcguirewoods.com<br>Bethany A. Pelliconi, Esq. (SBN 182920) |
| 4 |     Email: bpelliconi@mcguirewoods.com<br>Sylvia J. Kim, Esq. (SBN 258363) |
| 5 |     Email: skim@mcguirewoods.com<br>1800 Century Park East, 8th Floor |
| 6 | Los Angeles, California 90067<br>Telephone: (310) 315-8200 |
| 7 | Facsimile: (310) 315-8210 |
| 8 | Attorneys for Defendant<br>BANK OF AMERICA, N.A. |
| 9 | |
| 10 | **Clark & Markham, LLP**<br>David R. Markham, Esq. (SBN 071814) |
| 11 | R. Craig Clark, Esq. (SBN 129219)<br>James M. Treglio, Esq. (SBN 228077) |
| 12 | Laura M. Cotter, Esq. (SBN 259445)<br>600 B Street, Suite 2130 |
| 13 | San Diego, California 92101<br>Telephone: (619) 239-1321 |
| 14 | Facsimile: (619) 239-5888 |
| 15 | Attorneys for Plaintiff<br>TORII GRAY |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TORII GRAY, an individual on behalf of herself, and on behalf of all persons similarly situated,, | CASE NO.: 3:09-cv-01091 SBA |
| | The Honorable Saundra B. Armstrong |
| Plaintiff, | [~~XXXXXXXXX~~] [PROPOSED] ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE |
| vs. | |
| BANK OF AMERICA NATIONAL ASSOCIATION, a Federal Banking Association with its principal place of business in North Carolina, and Does 1 to 100, Inclusive | |
| Defendants. | |

21244978

Plaintiff Torii Gray and Defendant Bank of America, N.A have presented to the Court a stipulation to dismiss this entire action with prejudice, in which they have represented that they have reached a complete resolution of Plaintiff's individual claims for relief in this action, memorialized in a confidential settlement agreement and release.

Based upon the foregoing, IT IS HEREBY ORDERED THAT the above-captioned action hereby is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Any claims asserted by Plaintiff in a representative capacity are dismissed without prejudice to the rights of any similarly-situated individual(s) to pursue such claims. Each party shall bear its own costs and attorneys' fees, except as otherwise may be allocated in the parties' settlement agreement.

**IT IS SO ORDERED.**

DATE: 3/28/11

*Saundra B. Armstrong*
HON. SAUNDRA B. ARMSTRONG
UNITED STATES DISTRICT JUDGE